IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TISHAWN MERRITT

    Plaintiff,                       CASE NO.: 6:24-cv-01365-JSS-DCI

    v.

ORANGE COUNTY SHERIFF'S
DEPUTY ZOE KNOWLES,
ADVENT HEALTH HOSPITAL,
DR. PATRICIO G BRUNO, DO,
CENTRAL FLORIDA BEHAVIORAL CENTER,
DR. SOFIA QADIR, ASPIRE HEALTH
PARTNERS, INC., and
JORGE DORTA-DUQUE, MD

    Defendants.
_____/

## LA AMISTAD RESIDENTIAL TREATMENT CENTER, LLC D/B/A CENTRAL FLORIDA BEHAVIORAL HOSPITAL'S UNOPPOSED MOTION TO AMEND PLEADINGS BY INTERLINEATION

Defendant, LA AMISTAD RESIDENTIAL TREATMENT CENTER, LLC D/B/A CENTRAL FLORIDA BEHAVIORAL HOSPITAL, by and through its undersigned attorney, and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby moves for leave of Court to amend pleadings by interlineation, and as grounds therefore state:

1. This cause of action arises from Plaintiff's involuntary admission at AdventHealth Hospital and Central Florida Behavioral Hospital in August 2019

where she alleges various theories of medical malpractice that caused her to suffer injury.

2. On July 25, 2024, Plaintiff, TISHAWN MERRITT, filed her Complaint, naming "Central Florida Behavioral Center" as a Defendant.

3. On September 13, 2024, Defense Counsel filed a Motion to Dismiss. Since then, Defense Counsel has learned that the incorrect legal name has been used for Defendant.

4. The proper party name of Defendant is "La Amistad Residential Treatment Center, LLC d/b/a Central Florida Behavioral Hospital."

5. Defense Counsel has informed the Plaintiff of Defendant's proper name.

6. Therefore, Defendant requests permission to amend its pleadings by interlineation to remove "Central Florida Behavioral Hospital" from the case style, such that all pleadings filed herein reflect the proper party Defendant as "La Amistad Residential Treatment Center, LLC d/b/a Central Florida Behavioral Hospital."

7. Plaintiff has advised she has no objection.

8. Leave of court to amend should be given freely when justice so requires. Fed. R. Civ. Pro. 15(a)(2). Furthermore, Defendants have not previously amended, and the proposed amendment will not prejudice the Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Defendant's Motion to Amend Pleadings by Interlineation and directing the Clerk of Court to amend all pleadings filed herein to remove Defendant, Central Florida Behavioral Hospital, from the case style, and reflect the proper party Defendant as La Amistad Residential Treatment Center, LLC d/b/a Central Florida Behavioral Hospital, and grant such further relief as the Court deems necessary and appropriate.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel conferred with Plaintiff via electronic mail about the relief requested in this motion. Plaintiff advised the undersigned that she has no objection to this motion. As such, this instant motion is UNOPPOSED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 21st day of October, 2024, a true copy hereof was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **Attorneys for DEFENDANT, ADVENTHEALTH HOSPITAL**, John W. Bocchino, Esq., John M. Bacic, Esq., Beytin, McLaughlin, McLaughlin, O'Hara & Bocchino, P.A., 1063 Maitland Center Commons Blvd., Maitland, FL 32751, OrlandoService@law-fla.com, tec@law-fla.com, jmb@law-fla.com; **Attorneys for DEFENDANT, DR. SOFIA QADIR**, Francis H. Sheppard, Esq., Graham A. Marcus, Esq., Rumberger, Kirk & Caldwell, P.A., 300 S. Orange Ave., Ste 1400, Orlando, FL 32801, fsheppard@rumberger.com,

docketingorlando@rumberger.com, fsheppardsecy@rumberger.com, gmarcus@rumberger.com, gmarcussecy@rumberger.com; and by First-Class Mail and by Certified Mail to **Plaintiff, Tishawn Merritt**, Post Office Box 1121, Orlando, FL 32802.

    Respectfully Submitted,

/s/ Julie M. Riche, Esq.
**DAVID P. FERRAINOLO, ESQ.**
Florida Bar No.: 77421
Attorney Email: dave@ferrainololaw.com
**JULIE M. RICHE, ESQ.**
Florida Bar No.: 119360
Attorney Email: julie@ferrainololaw.com
**FERRAINOLO LAW GROUP, PA**
4950 West Kennedy Blvd., Suite 320
Tampa, FL 33609
Tel. No.: (813) 474-9500
Fax No.: (813) 582-2823
Assistant Email: adriana@ferrainololaw.com
Paralegal Email: sarah@ferrainololaw.com
Email for Service of Court Documents:
efiledf@ferrainololaw.com
Attorneys for Defendant, LA AMISTAD RESIDENTIAL TREATMENT CENTER, LLC D/B/A CENTRAL FLORIDA BEHAVIORAL HOSPITAL