UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TISHAWN MERRITT

    Plaintiff,

    v.                                                     Case No: 6:24-cv-1365-JSS-DCI

ORANGE COUNTY SHERIFF'S
DEPUTY ZOE KNOWLES,
ADVENT HEALTH HOSPITAL, PATRICIO G
BRUNO, DO, CENTRAL FLORIDA BEHAVIORAL
CENTER, DR. SOFIA QADIR, ASPIRE HEALTH
PARTNERS AND JORGE DORTA- DUQUE,

  Defendants.
_____/

**PLAINTIFF TISHAWN MERRITT's**

**<u>RESPONSE TO ASPIRE HEALTH's MOTION TO DISMISS</u>**

The Plaintiff Tishawn Merritt, a Pro Se litigant, comes before the court to humbly respond to

the defendant Aspire Health's motion to dismiss the plaintiff "Civil Rights Violation"

complaint and the plaintiff begs the Court to deny the defendant's motion to dismiss for the

forgoing reasons.

**<u>Argument</u>**

   I. The defendant Aspire Health partner's attorney Edward Carbone states in his

Memorandum of Law that the Plaintiff's Civil Rights Violation complaint should be dismissed because "the PLAINTIFF'S CLAIM IS BARRED BY THE STATUTE OF REPOSE AND THE STATUTE OF LIMITATIONS"  and the plaintiff disagrees with the defendant's claim and begs the court for permission to litigate this case against the defendant for the following reasons;

A) The facts in the plaintiff's case against defendant Aspire Health partner will show this case has little to no correlation with the Statute of Medical Repose being used by the defendant as a defense to the plaintiff factual complaint against the defendant Aspire Health partners for violating the plaintiff's Civil Right in connection with the original civil rights violation against the plaintiff committed by the defendant's co defendant Advent Health in August of 2019 when the plaintiff was brought voluntarily to Advent health hospital for treatment associated with a previously diagnosed heart condition. The unlawful treatment left the plaintiff afraid, mentally incapacitated and visually impaired in connection with the actions of the above listed defendants after being unlawfully given the Highly Hullucinogenic delusional drug which led to the plaintiff civil rights being further violated by the defendant Aspire Health partner in Septemper of 2019 when the defendant Aspire Health partner's medical staff members yanked the Plaintiff out of the cell, she had been placed in after placing an ankle like monitoring device on her leg at Aspire location in Orlando, FL where the plaintiff was being detained after beign brought to Aspire Health by Orange county sheriff's deputies on Baker Act because the plaintiff was accused of threatening her domestic violence abuser with a "Butter Knife" whcich evidence will show shorthly after arriving at Aspire Health partners facility the plaintiff was beaten and battered by Aspire Health partners medical staff based on orders given to

the staff by the defendant's co defendant and employee Dr Jorge Dorta-Duque which evidence will show at the time the inccednt occured the plaintiff would not 'Shut up", the plaintiff was complaining to Aspire medical staff about the smell of the smeared fecal matter on the walls and mat that was on the floor of the cell, when the plaintiff was taken to another secluded room in facility where the plaintiff was then beaten at which time the plaintiff butt implants ruptured and the evidence of the butt implants rupturing along with the foreign substance from the implant rupturing currently remain harden and lumpy floating in the plaintiff's body as a result of the  physical beating sustained by the plaintiff at the hands of Aspire Health partners medical staff meeting the elements of battery under "the Florida Statute 784.03 involving the intentional and unlawful touching or striking of another person, or intentionally causing bodily harm to them". The plaintiff was then sedated and left unconscious and unlawfully locked in a windowless room at Aspire health partners facility after being unlawfully sedated for hours which evidence including Aspire Health Medical records will show the plaintiff civil rights were violated according to the Fourth Amendment when the plaintiff was unlawful locked and detained in a secluded windowless room for hours after being beaten and unlawfully sedated. The Plaintiff Civil Rights were further Violated when the plaintiff was trafficked and illegally transported without consent from the defendant Aspire Health facility in Orlando, FL to an Aspire Health location in Eatonville, FL while sedated, where the plaintiff awoke on a floor mat in Eatonville, FL to see the words SUICIDAL written in bold lettering across the plaintiff arm. The plaintiff was then illegally detained at the Aspire Health Eatonville facility for 8 days without ever being brought in front of a judge or court of law to defend against the illegal detainment.

B) The facts and evidence in this case will further disprove the defendant's claim that the plaintiff case should be dismissed due to the Statute of limitations. After discovering the injuries, the evidence in this case will show that the plaintiff in fact brought the original suit against all listed defendants in August of 2023 within the four year statute, immediately after the plaintiff regained enough brain function to bring suit. Additionally the United States Constitution supersede's Florida Statutes and State barred limitations according to the Supremacy clause in Article VI of the constitution which states 'Federal Laws are the Supreme Law of the Land' taking precedence over any conflicting status or state laws giving the Middle district of Florida district court jurisdiction to preside over these proceeding

II. The defendant further claims the PLAINTIFF'S CLAIM MUST BE DISMISSED FOR FAILURE TO COMPLY WITH THE PRESUIT REQUIREMENTS OF CHAPTER 766 OF FLORIDA STATUTES and the plaintiff begs the court not to dismiss the plaintiff case because the plaintiff case is not a medical malpractice case against defendant Aspire Health but is in fact according to constitutional law a Civil Rights Violation case which the evidence in this case will show.

III. The defendant additionally claims the PLAINTIFF'S CLAIM FAILS TO STATE A CAUSE OF ACTION UPON WHICH RELIEF MAY BE GRANTED. Nonetheless evidence in the plaintiff claim will show the plaintiff's request for relief in the plaintiff's claim against Aspire Health partners in the amount of one hundred millions dollars for the violation of the plaintiff's civil rights described above which led to the plaintiff being

physically injured and sustaining a life threatening butt implant rupturing which has currently causes the plaintiff to suffer with the pain of a foreign substance floating in the plaintiff's body as a result of the brutally beaten sustained by the plaintiff at Aspire Health facility, the unlawfully sedation and the locking in a secluded windowless room for hours based on orders given by the defendant's co defendant Dr. Jorge Dorta-Duque to the Aspire Health medical staff and the illegal transportation of the plaintiff by Aspire Health vehicle while the plaintiff was unconscious to another location where the plaintiff was further unlawfully detained for eight days by Aspire Health partners medical staff without legal authorization.

IV. The defendant further states PLAINTIFF'S CLAIM IS AN IMPROPER SHOTGUN PLEADING. The plaintiff begs the court not to dismiss the plaintiff case based on the facts and evidence in the case that will show the plaintiff is unable to afford an attorney on the Social Security income the plaintiff receives after being injured by the above listed defendants egregious actions in concert committed against the plaintiff which violated the plaintiff civil rights and caused the plaintiff to suffer with severe life threatening injuries and no other legal recourse but to seek justice in a court of law using self representation and limited legal written skills in the pursuit of justice.

In closing the Plaintiff a pro se litigant begs the court to consider the evidence and facts in this case based on the reckless actions of the defendants in concert that has caused the plaintiff to suffer with decreased brain functioning, visual impairment, life threatening ruptured butt implants and financially bankrupt with a destroyed reputation due to the reckless disregard for the Plaintiff's well-being and existence as a human being.

Respectively submitted on June 9, 2025

/s/ Tishawn Merritt
Tishawn Merritt pro se litigant
P.O BOX 1121
Orlando, FL 32802
Telephone: (407) 781-6876
Email: imtishawn@gmail.com

I Hereby Certify that the forgoing document was sent via EMail to all parties listed below.

**Service List**

Jorge Dorta-Duque
C/O Edward Carbone

Sofia Qadir
C/O Graham Marcus

Aspire Health partner Inc

C/O Edward Carbone

Central Florida Behavioral Center
℅ Julie Riche

Advent Health Hospital
℅ John Bacic